IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

CASE NUMBER  08-07159-EAG

PEDRO A IRIZARRY RIVERA
CARMEN L TORRES TORRES

CHAPTER 13

Debtor(s)
******************************\

TRUSTEE'S CERTIFICATION OF DISCHARGE

TO THE HONORABLE COURT:

  COMES NOW, Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, very respectfully, CERTIFIES that:

  1. Debtor(s) has/have completed all payments under the confirmed/approved plan.

**11 U.S.C. 1328(a) and LBR 3015-2(j)**

  2. According to the record of the case, debtor(s) has/have NO domestic support obligation.

**11 U.S.C. 1328(f) Prior Discharge**

  3. Debtor(s) has/have NOT received a discharge under Chapter 7, 11 or 12 during the 4-year period preceding the date of the filing of this petition.

  4. Debtor(s) has/have NOT received a discharge under Chapter 13 during the 2-year period preceding the date of the filing of this petition.

**11 U.S.C. 1328(g)**
**Instructional Course Requirement**

  5. Debtor(s) has/have filed the certification of completion of an instructional course concerning personal financial management pursuant to 11 U.S.C. 111 and Fed.R.Bank.P. 1007(b)(7).

**11 U.S.C. 1328(h)**

  6. Section 1328(h) is not applicable in the present case.

  **WHEREFORE,** it is respectfully requested from this Honorable

Court to take notice of the above mentioned and enter the order it deems appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the U.S. Trustee at ustregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to debtor(s) and all non CM/ECF participants.

In San Juan, Puerto Rico, this 9/26/2013.

**ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500  Fax 977-3521
aorecf@ch13sju.com

By: /s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA

08-07159-EAG                                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| BANCO POPULAR DE PR<br>C/O PARRA DEL VALLE AND LIMERES<br>PO BOX 331429<br>PONCE, PR  00733-1429 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 |
| RECOVERY MANAGEMENT SYSTEMS COR<br>FOR GE MONEY BANK<br>25 SE 2ND AVENUE STE 1120<br>MIAMI, FL  33131 | ECAST SETTLEMENT CORPORATION<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL ROAD STE 200<br>TUCSON, AZ  85712 |
| ORIENTAL BANK AND TRUST<br>PO BOX 364745<br>SAN JUAN, PR  00936-4745 | UNIVERSAL INSURANCE COMP<br>PO BOX 9023862<br>SAN JUAN, PR  00902-3862 |
| ORIENTAL BANK AND TRUST<br>C/O ENRIQUE NASSAR RIZEK<br>PO BOX 191017<br>SAN JUAN, PR  00919-1017 | ANTHONY KELLER LAW OFFICE PSC*<br>PO BOX 6454<br>MAYAGUEZ, PR  00681-6454 |
| SEARS<br>PO BOX 105491<br>ATLANTA, GA  30348-5491 | BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICE DEPT 761<br>PO BOX 362708<br>SAN JUAN, PR  00936-2708 |
| FIRST BANK PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 9146<br>SAN JUAN, PR  00908-0146 | ECAST SETTLEMENT CORPORATION<br>PO BOX 35480<br>NEWARK, NJ  07193-5480 |
| ECAST SETTLEMENT CORPORATION<br>PO BOX 7247 6971<br>PHILADELPHIA, PA  19170-6971 | DEPARTAMENTO DE HACIENDA<br>BANRUPTCY DIVISION<br>PO BOX 9022501<br>SAN JUAN, PR  00902-2501 |

08-07159-EAG
Page         2

| | |
|---|---|
| HOME DEPOT CREDIT SERVICES<br>PROCESSING CENTER<br>DES MOINES, IA  50364-0500 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>ATTORNEYS AGENT FOR CREDITOR<br>PO BOX 3001<br>MALVERN, PA  19355-0701 |
| SEARS CREDIT<br>PO BOX 18311<br>COLOMBUS, OH  43218-3114 | FDS BANK/VISA<br>TSYS DEBT MGMT INC<br>PO BOX 137<br>COLUMBUS, GA  31902-0137 |
| INTERNAL REVENUE SERVICES<br><br>PHILADELPHIA, PA  19255 | MACYS RETAIL HOLDINGS INC<br>C O TSYS DEBT MGMT INC<br>PO BOX 137<br>COLUMBUS, GA  31902-0137 |
| LIRIO TORRES LAW OFFICE*<br>PO BOX 3552<br>MAYAGUEZ, PR  00681-3552 | LIRIO DEL MAR TORRES<br>PO BOX 3552<br>MAYAGUEZ, PR  00681-3552 |

MIDLAND FUNDING LLC
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 268941
OKLAHOMA CITY, OK  73126-8941

PEDRO A IRIZARRY RIVERA and CARMEN L TORRES TORRES

PO BOX 1349
HORMIGUEROS, PR  00660

LIRIO TORRES LAW OFFICE*

PO BOX 3552
MAYAGUEZ, PR  00681-3552

DATED: 9/26/2013

/s/ Walter Lugo
OFFICE OF THE CHAPTER 13 TRUSTEE